UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTIAN HORNELAND,

        Plaintiff,

v.

                                              CASE NO. 8:15-cv-01703-T-33TGW

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

        Defendant.

_____/

## ORDER GRANTING JUDGMENT IN DEFENDANT'S FAVOR
## AS TO COUNT I OF THE COMPLAINT

      This matter having come before the Court on the parties' Stipulated Motion for Entry of Judgment in Defendant's Favor as to Count I of the Complaint and the Court having reviewed the Motion and being fully advised in the premises, it is:

      ORDERED AND ADJUDGED that the Motion is GRANTED and judgment in Defendant United of Omaha's ("United of Omaha") favor as to Count I – Action for Recovery of Short-Term Disability Benefits ("Count I") of the Complaint will be entered as Count I is moot because United of Omaha paid Plaintiff the full amount of Short-Term Disability benefits that he sought to recover in Count I.  However, the Court will not enter the judgment until after the resolution of Count II – Action for Recovery of Long-Term Disability Benefits ("Count II").  Therefore, Plaintiff will retain the right to assert a claim for entitlement to attorneys' fees and costs after the resolution of Count II, and Defendant retains

its right to oppose any claim for entitlement to attorneys' fees and costs as to Count I that Plaintiff might raise.

DATED this 14th day of June ___, 2016

HON. VIRGINIA COVINGTON
UNITED STATES DISTRICT JUDGE

Copies furnished:
All Counsel of Record